NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SEAN HOWARD,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No.  2D16-2923
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed February 7, 2018.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Sean Howard, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.